IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **NATIONWIDE PROPERTY &** § | | **PLAINTIFF** |
| **CASUALTY INSURANCE COMPANY** § | | |
| § | | |
| § | | |
| v. § | | **CIVIL NO.: 1:14cv136-HSO-RHW** |
| § | | |
| § | | |
| **JAMEILYA POLK; FOCUS** § | | **DEFENDANTS** |
| **CONSTRUCTION, LLC; SEAN** § | | |
| **PEDERSON; ABC INDIVIDUALS;** § | | |
| **And XYZ ENTITIES** § | | |

**FINAL JUDGMENT**

This matter came on to be heard upon the Motion for (Partial) Judgment on the Pleadings [41] filed by Plaintiff Nationwide Property & Casualty Insurance Company. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Plaintiff Nationwide Property & Casualty Insurance Company as to Count I of its Complaint for Declaratory Judgment [1]. Pursuant to 28 U.S.C. § 2201, the Court declares that the terms and conditions of the Nationwide Policy clearly and unambiguously relieve it of any duty to provide liability coverage, including defense and/or indemnification, for Defendant Focus Construction, LLC, for any and all claims made by Defendant Jameilya Polk in the Underlying Action.

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 23rd day of October, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE